Argued September 19, reversed September 25, reconsideration denied October 31, petition for review denied November 15, 1978, 248 Or 235

HOCKEMA, *Respondent,*
*v.*
LINCOLN COUNTY SHERIFF'S DEPUTIES
ASSOCIATION, *Appellant.*
(No. 38782, CA 10023)

584 P2d 361

William A. Barton, Newport, argued the cause for appellant. With him on the brief was Barton & Armbruster, Newport.

James H. Lewelling, Newport, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

The issue involved in this declaratory judgment proceedings is whether deputy sheriffs are public employes serving a public employer—the sheriff. Assuming, arguendo, that the circuit court had jurisdiction to entertain the proceedings, its decision was contrary to *Hockema v. OSEA,* 34 Or App 527, 579 P2d 282 (1978), decided subsequent to the decree entered here.

Reversed.